1   Steven J. Parsons
    Nevada Bar No. 363
2   LAW OFFICES OF STEVEN J. PARSONS
    10091 Park Run Dr Ste 200
3   Las Vegas, NV 89145-8868
    (702) 384-9900
4   (702) 384-5900 (fax)
    Steve@SJPlawyer.com
5
    David M. Wahlquist
6   KIRTON MCCONKIE
    Admitted *pro hac vice*
7   2600 W Executive Pkwy Ste 400
    Lehi, UT 84043-3987
8   (801) 328-3600
    (801) 212-2031 – fax
9   dwahlqui@kmclaw.com

10  Attorneys for Plaintiff
    **DONALD L. BLACKWELDER,**
11  individually and derivatively
    on behalf of **THORNTON-**
12  **TERMOHLEN GROUP CORPORATION**

13                    **UNITED STATED DISTRICT COURT**

14                       **DISTRICT OF NEVADA**

15  **DONALD L. BLACKWELDER,** individually        Case No. **2:15-cv-02373-JAD-(PAL)**
    and derivatively on behalf of
16  **THORNTON-TERMOHLEN GROUP**                   **THE PARTIES' STIPULATION**
    **CORPORATION,** a Nevada corporation,         **TO SEEK THE COURT'S ORDER and**
17                                                 **PROPOSED ORDER**
                   Plaintiff,                      **SETTING A SETTLEMENT CONFERENCE**
18                                                 **ON FRIDAY, JANUARY 6, 2017**
    vs.
19
    **CHARLES THORNTON,** individually; **BRIAN**
20  **HOWELLS,** individually; and **AECOS, LTD.,**
    a Nevada corporation,
21
                   Defendants.
22  _____/
    **AND RELATED CLAIMS**
23  _____/

24        Steven J. Parsons of LAW OFFICES OF STEVEN J. PARSONS, counsel for Plaintiffs **DONALD**

25  **L. BLACKWELDER** ("Blackwelder") individually and on behalf of **THORNTON-TERMOHLEN**

26  **GROUP CORPORATION** ("TTGC"), Nicholas M. Wieczorek of MORRIS POLICH & PURDY, LLP,

27  counsel for **CHARLES THORNTON,** and D. Chris Albright of ALBRIGHT, STODDARD, WARNICK &



1   ALBRIGHT, counsel for **BRIAN HOWELLS** and **AECOS, LTD**. met and discussed the merits, and

2   hereby stipulate to seek that the U.S. Magistrate Judge enter an Order for a settlement

3   conference on Friday, January 6, 2017.

4          The parties further stipulate that:

5          1.      All principals must attend the settlement conference in person, including Plaintiff

6   Donald L. Blackwelder; Defendant Charles Thornton as majority shareholder in TTG; and

7   Defendant Brian Howells as co-owner of Defendant Aecos, LTD.;

8          2.      Each of the parties' lead counsel also must attend the settlement conference

9   in person; and

10         3.      If a party reasonably believes there is a policy of insurance or other source of

11  indemnity for the claims of the adverse parties, a person of personal settlement authority must

12  also attend the settlement conference, in person.

13         Dated: Tuesday, October 4, 2016.

14  LAW OFFICES OF STEVEN J. PARSONS                    ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

15  /s/ Steven J. Parsons                               /s/ D. Chris Albright
    STEVEN J. PARSONS                                   D. CHRIS ALBRIGHT
16  Nevada Bar No. 363                                  Nevada Bar. No. 4904

17  Attorney for Plaintiffs                             Attorney for Defendants/Crossdefendants
    **DONALD L. BLACKWELDER**, and                      **BRIAN HOWELLS** and **AECOS, LTD.**
18  **THORNTON-TERMOHLEN GROUP CORP.**

19  MORRIS POLICH & PURDY, LLP

20  /s/Nicholas M. Wieczorek
    NICHOLAS M. WIECZOREK
21  Nevada Bar No. 6170

22  Attorney for Defendant/Crossclaimants
    **CHARLES THORNTON**

23

24                                                      <u>ORDER</u>

25         **IT IS SO ORDERED.**

26  Dated:  October 5, 2016  .

27                                                      U.S. DISTRICT/MAGISTRATE JUDGE



*10091 Park Run Drive Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
*Info@SJPlawyer.com*