UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD BLACKWELDER,<br><br>　　　　　　　　Plaintiff,<br>v.<br>CHARLES THORNTON, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:15-cv-02373-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The last extension of the Discovery Plan and Scheduling Order (ECF No. 54) filed February 8, 2017, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than September 6, 2017. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **November 15, 2017**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 1st day of November, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE