UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD L. BLACKWELDER,<br><br>                 Plaintiff,<br>v.<br><br>CHARLES THORNTON, et al.,<br><br>                 Defendants. | Case No. 2:15-cv-02373-JAD-PAL<br><br>ORDER |

Before the court is Plaintiff Donald L. Blackwelder's Status Report (ECF No. 68). The status report advises that the parties are trying to settle this matter. A settlement meeting was scheduled on February 15, 2018 between plaintiff and defendant Thornton and his counsel. The status report also advises that Mr. Howells sent plaintiff's counsel an email February 12, 2018, indicating that Mr. Howells had recently learned of the court's December 22, 2017 order requiring him to find substitute counsel or file a statement indicating he will appear pro se by February 12, 2018. In a letter addressed to the court Mr. Howells requests an extension until March 6, 2018 to make arrangements for new counsel. He also asks that the court continue the February 20, 2018 hearing. *See* Exhibit 3.

The New Jersey Receiver for Aecos prepared a submission to the court which is attached as Exhibit 4 to the status report. The Receiver is a New Jersey lawyer but is not admitted to state or federal court in Nevada and has not applied to appear pro hac vice in this case. Thus, he does not purport to represent Aecos in this case. However, his submission addresses the court's order requiring Aectos to retain substitute counsel by February 12, 2018, and indicating that failure to timely comply may result in a recommendation that default judgment be entered against it. The Receiver indicates that a lack of liquidity prevents Aecos from retaining counsel. However, he is in discussions with the parties' respective New Jersey and Nevada counsel in an effort to reach a

global resolution of all claims against Aecos in both jurisdictions. He fears entry of default judgment may "derail" settlement discussions scheduled on February 15, 2018 "as it could render Aecos in need of statutory protection from creditors." He asks that the court extend the deadline to retain substitute counsel and refrain from recommending default for 60 days to allow the parties' settlement discussions to continue.

This case was filed December 15, 2015 and should be brought to trial no later than December 2018. Little to no progress has been made to bring this case to resolution for a substantial period of time. The court will grant Mr. Howells' request for an additional two weeks to retain counsel and reschedule the hearing to allow the parties to attempt to reach a global resolution of their disputes within a reasonable period of time. However, the court will not continue to suspend progress towards bringing this case to ultimate resolution much longer.

**IT IS ORDERED** that:

1. Defendant/Crossdefendant/Crossclaimant Brian Howells shall have until **March 20, 2018**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or file a notice with the court that he will be appearing in this matter *pro se,* that is representing himself.

2. Howells' failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that his answer be stricken and/or a default judgment be entered against him.

3. As a corporation cannot appear except through counsel, Defendant/Crossdefendant/Crossclaimant Aecos, Ltd. shall have until **March 20, 2018**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice.

4. Aecos, Ltd's failure to timely comply with this order by obtaining substitute counsel may result in the imposition of sanctions, which may include a

recommendation to the District Judge that a judgment be entered against it for failue to comply.

5. The Clerk of the Court shall serve the Defendants/Crossdefendants/Crossclaimants with a copy of this order at their last known addresses:

Brian S. Howells
c/o Keith N. Biebelbert
374 Millburn Ave.
Millburn, New Jersey 07041
Fax: (973) 376-6142
Cell: (917) 885-1500
bhowells@aecosltd.com

Aecos, Ltd.
325 Columbia Turnpike, Suite 111
Florham Park, NJ 07932
Office: (862) 701-3161

Aecos, Ltd.
c/o Adam K. Derman, Receiver
One Boland Dr.
West Orange, NJ 07052
Fax: (973) 325-1501

6. The status conference currently scheduled for 10:00 a.m., February 20, 2018, is **VACATED** and **CONTINUED** to **9:30 a.m., March 27, 2018**, in Courtroom 3B.

7. The parties shall have until **March 23, 2018** to file a joint status report advising whether the case has settled, and if so, when settlement documents will be finalized, or if the case has not settled, their proposal for bringing this case to ultimate resolution.

DATED this 15th day of February, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE