UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD BLACKWELDER,<br><br>                      Plaintiff,<br>    v.<br><br>CHARLES THORNTON, et al.,<br><br>                      Defendants. | Case No. 2:15-cv-02373-JAD-PAL<br><br>**ORDER** |

       This matter is before the court on defendant Aecos, Ltd's ("Aecos") failure to comply with this court's Order (ECF No. 77) requiring Aecos to retain counsel who shall make an appearance in this case in accordance with the requirements of the Local Rules of Practice by June 1, 2018 unless it has executed a settlement agreement and applied to the New Jersey Court in which the receivership is pending for approval. The order was returned as undeliverable. The clerk mailed the order to a second address to the attention of the Recevier, Adam Derman.

       On July 17, 2018 plaintiffs filed a status report (ECF No. 79) advising the court that plaintiffs and Thornton have settled and have prepared a stipulation to dismiss with prejudice but have not yet filed it while "the parties await culmination of other settlements by Plaintiffs and other defendants to ascertain what parties are required to execute the dismissal." Plaintiffs and Thornton will submit a stipulation for dismissal or move the court for that relief no later than July 27, 2018. Plaintiffs and the Receiver for Aecos have finalized their settlement, executed a settlement agreement and the Receiver filed a motion with the New Jersey court seeking approval which is set for hearing July 20, 2018. A copy of the motion and signed agreement are attached to the status report.

       Plaintiffs are still attempting to reach an agreement with pro se defendant Howell, and will report to the court no later than July 27, 2018.

1

Discovery closed July 9, 2018. The deadline for filing dispositive motions runs August 8, 2018, and the deadline for filing the joint pretrial order is September 7, 2018 unless a dispositive motion is timely filed.

Accordingly,

**IT IS ORDERED** that the settling parties shall have until **July 27, 2018** to file a stipulation for dismissal with prejudice.

DATED this 19th day of July, 2018.

                                              PEGGY A. LEEN
                                              UNITED STATES MAGISTRATE JUDGE