NICHOLAS M. WIECZOREK,
Nevada Bar No. 6170
Email: nwieczorek@clarkhill.com
JEREMY J. THOMPSON,
Nevada Bar No. 12305
Email: jthompson@clarkhill.com
COLLEEN E. McCARTY,
Nevada Bar No. 13186
Email: cmccarty@clarkhill.com
**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Attorneys for Defendant/Cross-claimant/
Third-Party Plaintiff, Charles H. Thornton, Ph.D., P.E.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD L. BLACKWELDER, an individual, and derivatively on behalf of THORNTON-TERMOHLEM GROUP CORPORATION, a Nevada corporation, DOES I through X, and ROE CORPORATIONS I through X,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES THORNTON, individually; BRIAN HOWELLS, individually; and AECOS, LTD., a Nevada corporation,<br><br>Defendants. | Case No.: 2:15-cv-02373-JAD-PAL<br><br>**DEFENDANT/CROSS CLAIMANT/THIRD-PARTY PLAINTIFF CHARLES H. THORNTON'S STATUS REPORT** |
| CHARLES H. THORNTON, Ph.D., P.E., an individual,<br><br>Crossclaimant,<br><br>v.<br><br>BRIAN HOWELLS, individually; AECOS, LTD., a Nevada corporation, DOES 1 through 10, and ROES 1 – 10, inclusive,<br><br>Crossdefendants. | |

| | |
|---|---|
| CHARLES H. THORNTON, Ph.D., P.E., an individual, | |
| Third-Party Plaintiff, | |
| v. | |
| LEONARD NEUHAUS, individually, DOES 1 through 10, inclusive, | |
| Third-Party Defendants. | |

Defendant/Cross-Claimant/Third-Party Plaintiff Charles H. Thornton, Ph.D., P.E, by and through his counsel or record, Nicholas M. Wieczorek, Esq., Jeremy J. Thompson, Esq. and Colleen E. McCarty, Esq. of the law firm of Clark Hill PLLC, hereby submits the following individual status report ("Status Report") to the court. This report has been reviewed by counsel for Plaintiff who concurs with its content.

DATED this 7 day of August, 2018.

CLARK HILL PLLC

By: _____
NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
JEREMY J. THOMPSON
Nevada Bar No. 12503
COLLEN E. McCARTY
Nevada Bar No. 13186
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Attorneys for Defendant/CrossClaimant/Third-Party Plaintiff Charles H. Thornton, Ph.D., P.E.

**THE MATTER IS STILL NOT GLOBALLY RESOLVED.**

Pursuant to its order dated July 19, 2018 ("DOC 81"), the Court gave the parties up through July 27, 2018 to file a Stipulation for Dismissal with Prejudice of the action. The issues as between Plaintiff Donald Blackwelder and Defendant Charles Thornton have, for a period of several months, been settled and concluded. As indicated in counsel's prior status report to the court dated July 17, 2018 ("DOC 79"), Mr. Thornton has transferred consideration for the

settlement between himself and Plaintiff Donald Blackwelder, provided compliance with other terms of the settlement agreement, and has been awaiting receipt of a Stipulation for Dismissal of the action as to him.

However, claims as between Mr. Blackwelder, Mr. Thornton and Co-Defendants AECOS, Limited, and Brian Howells have not been concluded.

Although Mr. Thornton filed a Cross-Claim against Mr. Howells and AECOS in tandem with answering the complaint on March 8, 2016 ("DOC 15"), Mr. Thornton no longer intends to litigate those claims against Mr. Howells and AECOS in this Nevada action. Accordingly, the Thornton Cross-Claim and Third Party Action will be dismissed with respect to this case.

As counsel reported in his July 17, 2018 status report, the difficulty with respect to global dismissal of this action rests with the delay experienced in the New Jersey Superior Court action. New Jersey counsel has now advised that orders on pending motions to approve the settlement of this action with the receiver for AECOS will not issue prior to August 10, 2018. Charles Thornton hereby respectfully requests that the Court modify its order contained within ("DOC 81"), and extend the time within which the parties must file a Stipulation for Dismissal of the action with Prejudice up through and including August 31, 2018 to allow full resolution of all matters pertaining to this case.

DATED this ___7___ day of August, 2018.

CLARK HILL PLLC

By: _____
NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
JEREMY J. THOMPSON
Nevada Bar No. 12503
COLLEN E. McCARTY
Nevada Bar No. 13186
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Attorneys for Defendant/CrossClaimant/Third-Party Plaintiff Charles H. Thornton, Ph.D., P.E.

**IT IS SO ORDERED** this 22nd day of August, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

3

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Clark Hill PLLC, and that on this ___ day of August, 2018 I served a true and correct copy of the foregoing **DEFENDANT/CROSS-CLAIMANT/THIRD-PARTY PLAINTIFF CHARLES H. THORNTON'S STATUS REPORT** via U.S. Mail, postage prepaid, upon counsel identified below at their last known address also indicated below:

**LAW OFFICE OF STEVEN J. PARSONS**
Steven J. Parsons
Nevada Bar No. 363
Joseph N. Mott
Nevada Bar No. 12455
Scott E. Lundy
Nevada Bar No. 14235
10091 Park Run Drive, Suite 200
Las Vegas, Nevada 89145-8868
Telephone: (702) 384-9900
Facsimile: (702) 384-5900
Email: Steve@SJPlawyer.com
Jmott@SJPlawyer.com
Scott@SJPlawyer.com
Attorneys for Plaintiff Donald L. Blackwelder, and Thornton-Termohlen Group Corporation

**KIRTON / McKONKIE**
David M. Wahlquist
Utah Bar No. 3349
Adam D. Wahlquist
Utah Bar No. 12269
2600 W. Executive Parkway, Suite 400
Lehi, Utah 84043-3987
Telephone: (801) 426 2100
Facsimile: (801) 426-2101
Email: dwahlquist@kmclaw.com
awahlquist@kmclaw.com
Attorneys for Plaintiff Donald L. Blackwelder, and Thornton-Termohlen Group Corporation

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
D. Chris Albright, Esq.
801 South Rancho Drive, Suite D-4
Las Vegas, NV 89106
Attorney for Defendants/Crossdefendants/Crossclaimants Brian Howells and AECOS, Ltd.

_____
An Employee of Clark Hill PLLC

4