1  Steven J. Parsons
   Nevada Bar No. 363
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Dr Ste 200
3  Las Vegas, NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 (fax)
   Steve@SJPlawyer.com
5
   Attorney for Plaintiffs
6  **DONALD L. BLACKWELDER**,
   individually and derivatively
7  on behalf of THORNTON-TERMOHLEN
   GROUP CORPORATION

8                       **UNITED STATES DISTRICT COURT**

9                             **DISTRICT OF NEVADA**

10 | **DONALD L. BLACKWELDER**, individually and derivatively on behalf of **THORNTON-TERMOHLEN GROUP CORPORATION**, a Nevada corporation, | Case No. **2:15-cv-02373-JAD-(PAL)** |
|---|---|
| Plaintiff, | **PLAINTIFF DONALD L. BLACKWELDER'S STATUS REPORT** |
| vs. | |
| **CHARLES THORNTON**, individually; **BRIAN HOWELLS**, individually; and **AECOS, LTD.**, a Nevada corporation, | |
| Defendants. | |
| AND ALL RELATED ACTIONS | |

19      Plaintiff **DONALD L. BLACKWELDER**, an individual, and derivatively on behalf of

20 **THORNTON-TERMOHLEN GROUP CORPORATION**, a Nevada corp., by his attorney Steven J.

21 Parsons of LAW OFFICES OF STEVEN J. PARSONS, hereby provides the Court a status report.

22      Dated: August 24, 2018.           LAW OFFICES OF STEVEN J. PARSONS

23                                        /s/ Steven J. Parsons
                                          STEVEN J. PARSONS
24                                        Nevada Bar No. 363

25                                        Attorneys for Plaintiff
                                          **DONALD L. BLACKWELDER**, individually and
26                                        derivatively on behalf of **THORNTON-TERMOHLEN
                                          GROUP CORPORATION**, a Nevada corporation



# PROOF OF SERVICE

I hereby certify that service of this Status Report was made upon all parties' counsel, by e-filing with the Court's e-filing system, duly noting that counsel is deemed to have consented to be served in that manner, and upon all parties' counsel, the receiver and Mr. Howells, *in pro per*, by email directed to each persons' last known email address, as shown.

<u>Counsel for Defendant Thornton</u>:

Nicholas M. Wieczorek
Jeremy Thompson
CLARK HILL, LLP
nwieczorek@clarkhill.com
jthompson@clarkhill.com

<u>Receiver for Aecos, Ltd.</u>:

Adam Derman
Aderman@csglaw.com

<u>Defendant Howells</u>:

Brian Howells, in *pro per*
bhdandc@gmail.com

Dated: Friday, August 24, 2018.

/s/ Candice Benson
An employee of LAW OFFICES OF STEVEN J. PARSONS



**STATUS REPORT**

Pursuant to its Order dated August 22, 2018 ("DOC 83"), the Court gave the parties up through August 31, 2018, to file a Stipulation for Dismissal with Prejudice of the action.

The issues as between Plaintiff Donald Blackwelder and Defendant Charles Thornton have, for a period of several months, been settled and concluded. As indicated in counsel's prior status reports to the court ("DOCS 79 and 82"), Mr. Thornton has transferred consideration for the settlement between himself and Plaintiff Donald Blackwelder, provided compliance with other terms of the settlement agreement, and has been awaiting receipt of a Stipulation for Dismissal of the action as to him.

Moreover, claims in this action as between Mr. Blackwelder, Mr. Thornton and Co-Defendants AECOS, Limited, and Brian Howells have been settled, contingent only upon approval of the New Jersey Superior Court. A motion to approve the settlement has been filed, but the New Jersey Superior Court has *not* ruled on the motion. A copy of the motion is attached hereto and incorporated herein as Exhibit "1".

As previously reported to the court, New Jersey counsel understood that the New Jersey Superior Court intended to rule on the pending motion to approve the settlement of the remaining claims against AECOS by August 10, 2018. But as of the date of this status report, no ruling has issued. The New Jersey Superior Court did enter a ruling that denied a motion that counsel for Brian Howells, Leonard Neuhaus, and others, had filed, challenging the proposed settlement. A copy of the August 13, 2018 Ruling is attached hereto and incorporated herein as Exhibit "2". This ruling certainly makes approval of the settlement more likely. However, we unfortunately cannot give any assurances as to when the New Jersey Superior Court will rule on the proposed settlement. But we do believe that a ruling is imminent.

Because dismissal of this action may compromise the impending settlement with Defendant Aecos's receiver, Plaintiff Donald L. Blackwelder, individually, and derivatively on behalf of Thornton-Termohlen Group Corporation, hereby respectfully requests that the Court



modify its order contained within its most recent Order ("DOC 83"), and extend the time within which the parties must file a Stipulation for Dismissal of the action with Prejudice up through and including October 31, 2018, to allow full resolution of all matters pertaining to this case.

While Plaintiff hopes that approval from the New Jersey Superior Court will come much sooner, Plaintiff asks for sixty (60) additional days to increase the likelihood that Plaintiff will not have to seek any further extension from the court.

Dated: Friday, August 24, 2018.

LAW OFFICES OF STEVEN J. PARSONS

/s/ Steven J. Parsons
STEVEN J. PARSONS
Nevada Bar No. 363

Attorneys for Plaintiffs
**DONALD L. BLACKWELDER**, individually and derivatively on behalf of **THORNTON-TERMOHLEN GROUP CORPORATION**, a Nevada corporation

**IT IS ORDERED** that the parties shall have until **October 24, 2018** to file a stipulation to dismiss with prejudice.

Dated: August 27, 2018

Peggy A. Leen
United States Magistrate Judge

